

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,201-01

**EX PARTE SAMUEL GROVER IVEY, Applicant**

### ORDER PURSUANT TO TEXAS RULE OF
### APPELLATE PROCEDURE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number 92375-A in the 252nd District Court of Jefferson County.

The Clerk of this Court has discovered sensitive data in the record, namely: the name of the complainant who was a minor Tex. Code Crim. Proc. art 57.02(h) and personal identification information. TEX. R. APP. P. 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact the discovered sensitive data from the records identified and listed below. The Court further orders the

trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1. Clerk's Record

Filed: April 14, 2016

Do not publish